```
                                                    FILED
                                              IN CLERK'S OFFICE
                                           U.S. DISTRICT COURT E.D.N.Y

        UNITED STATES DISTRICT COURT        ★  APR 08 2010  ★
        EASTERN DISTRICT OF NEW YORK
          CENTRAL ISLIP, NEW YORK              LONG ISLAND OFFICE
```

STEWART SWERDLOW                                PETITIONER

VS.                          CAUSE NUMBER   _____

UNITED STATES OF AMERICA                        RESPONDENT
  C/O THE U.S. ATTORNEY'S OFFICE,
  SUFFOLK COUNTY,
  300 MOTOR PARKWAY
  SUITE 205
  HAUPPAUGE, NEW YORK 11788
  (631-231-2424)

                                    MISC. 10 221

                                         PLATT, J.

<u>PETITION FOR EXPUNGEMENT</u>

    COMES NOW STEWART SWERDLOW, PETITIONER, FILING THIS <u>PETITION FOR EXPUNGEMENT</u>, ASKING THIS HONORABLE COURT, WHERE HE PLEAD GUILTY, ON FEBRUARY 28, 1992, IN A CASE STYLED <u>UNITED STATES OF AMERICA VS. STEWART SWERDLOW</u>, CAUSE NUMBER <u>CR-90-00885</u> (TCP); STEWART SWERDLOW PLEAD GUILTY TO TITLE 18, USC 1344, TO ONE COUNT OF BANK FRAUD, AND NOW ASKS THIS HONORABLE COURT TO GRANT THIS <u>PETITION FOR EXPUNGEMENT</u> ON THE FOLLOWING GROUNDS.

1. STEWART SWERDLOW, NOW A RESIDENT OF MICHIGAN, MAILING ADDRESS STEWART SWERDLOW, P.O. BOX 12, ST. JOSEPH, MICHIGAN, 49085, HAS PROVIDED A CERTIFIED COPY OF HIS CRIMINAL CASE WITH THIS PETITION AS WELL AS, GIVING NOTICE TO THE UNITED STATES OF AMERICA, C/O THE U.S. ATTORNEY'S OFFICE, SUFFOLK COUNTY, 300 MOTOR PARKWAY, SUITE 205, HAUPPAUGE, NEW YORK, 11788, TELEPHONE NUMBER (631-231-2424); PROVIDING THEM WITH A TRUE AND ACCURATE COPY OF THIS

LEGAL DOCUMENT.

2. STEWART SWERDLOW HAS SERVED ALL OF HIS REQUIRED PRISON TIME WITHOUT ANY NEGATIVE INCIDENTS.

3. STEWART SWERDLOW HAS SUCCESSFULLY COMPLETED HIS POST-PRISON SUPERVISION.

4. STEWART SWERDLOW IS COMPLYING WITH ALL OF HIS POST-PRISON REQUIREMENTS, ESPECIALLY BEING A GOOD, PRODUCTIVE CITIZEN, SPENDING A LOT OF HIS TIME HELPING OTHER PEOPLE, AS WELL AS, BEING A LOVING AND CARING HUSBAND.

5. BY THE WAY, STEWART SWERDLOW'S FORMER INMATE NUMBER WAS 29938-053, FPC ASLAND, UNIT B-2, ASLAND, KENTUCKY, 41105-6000. IN ALL HONESTY, STEWART SWERDLOW IS NOW A CHANGED MAN.

## CONCLUSION

STEWART SWERDLOW ASKS THIS HONORABLE COURT TO PLEASE GRANT THIS PETITION FOR EXPUNGEMENT. PLEASE EXPUNGE STEWART SWERDLOW'S FELONY CRIMINAL CONVICTION, MEANING, TO "BLOT OUT, OBLITERATE OR STRIKE OUT; HIS CRIMINAL CONVICTION AND "WIPE IT COMPLETELY AND PHYSICALLY "OFF THE BOOKS."

RESPECTFULLY SUBMITTED BY:

APRIL 1, 2010

_____
STEWART SWERDLOW - PETITIONER
P.O. BOX 12
ST. JOSEPH, MICHIGAN 49085
1-269-429-8615